■ SOLVAY BANK, Respondent, v SIM-SAC DEVELOPMENT CORP. et al., Appellants, et al., Defendants. [743 NYS2d 766] —Appeal from an order of Supreme Court, Onondaga County (Major, J.), entered July 31, 2001, which, inter alia, granted plaintiff's motion for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Onondaga County, Major, J. Present—Pigott, Jr., P.J., Pine, Hayes, Wisner and Hurlbutt, JJ.